# Wisner Law Firm
### Concentrating in Aviation Law

April 18, 2008

Clerk of the U.S. District Court
Dirksen Building
Chicago, IL

                Re: Mustika, et al v Honeywell
                    No. 08cv2187
              REQUEST FOR REFUND OF FILING FEE

Dear Sir or Madam,

    I mistakenly paid the filing fee twice for the filing of the complaint in the above case. My receipt number for the filing of the above complaint is 2700884. My receipt number for the mistaken payment is 2700748.

    Please issue a refund for the mistaken payment of $350 for receipt number 2700748.

    Thank you.

               Very truly yours,

              /s/ Floyd A. Wisner