## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: | 08 C 2178 |
|---|---|---|

ELLA MANDELA DWI MUSTIKA, Special
Administrator of the Estate of Achmad Chotib
Syamsur, deceased, et al.
v.
HONEYWELL, INTERNATIONAL,
a corporation

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Honeywell International Inc.

| |
|---|
| NAME (Type or print)<br>William F. DeYoung |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>        /s/ William F. DeYoung |
| FIRM<br>Chuhak & Tecson, P.C. |
| STREET ADDRESS<br>30 S. Wacker Drive, Suite 2600 |
| CITY/STATE/ZIP<br>Chicago, Illinois 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>3127038 | TELEPHONE NUMBER<br>312-444-9300 |
|---|---|

| | |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒   NO ☐ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐ |