## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                    Case Number:    08 C 2178

ELLA MANDELA DWI MUSTIKA, Special
Administrator of the Estate of Achmad Chotib
Syamsur, deceased, et al.
v.
HONEYWELL, INTERNATIONAL,
a corporation

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Honeywell International Inc.

| |
|---|
| NAME (Type or print) <br> Loretto M. Kennedy |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> /s/ Loretto M. Kennedy |
| FIRM <br> Chuhak & Tecson, P.C. |
| STREET ADDRESS <br> 30 S. Wacker Drive, Suite 2600 |
| CITY/STATE/ZIP <br> Chicago, Illinois 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6199092 | TELEPHONE NUMBER <br> 312-444-9300 |
|---|---|

| | |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |