IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ELLA MANDELA DWI MUSTIKA, Special Administrator of the Estate of Achmad Chotib Syamsur, deceased, et al. | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 08 C 2178 |
| -v- | ) ) ) | |
| HONEYWELL, INTERNATIONAL, a corporation, | ) ) ) ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

TO:   Attorneys on the attached service list

PLEASE TAKE NOTICE that on **June 12, 2008, at 9:30 a.m.**, or as soon thereafter as counsel may be heard, counsel for Hamilton Sundstrand will appear before **The Honorable Judge Ronald Guzman, in Courtroom 1219**, of the **U.S. District Court, For the Northern District of Illinois, Eastern Division, 219 South Dearborn, Chicago, Illinois**, and then and there present **Hamilton Sundstrand's Motion for Consolidation and Reassignment**, a copy of which is attached hereto and hereby served upon you.

　　　　　　　　　　　　　　　　　　　/s/ William F. DeYoung
　　　　　　　　　　　　　　　　　　　Attorney for Defendants
　　　　　　　　　　　　　　　　　　　HONEYWELL INTERNATIONAL INC. and
　　　　　　　　　　　　　　　　　　　HAMILTON SUNDSTRAND CORPORATION

WILLIAM F. DEYOUNG
LORETTO M. KENNEDY
MARK A. STANG
KENDALL E. WOODS
CHUHAK & TECSON, P.C.
30 S. Wacker Drive, 26th Floor
Chicago, IL 60606
312/444-9300

STATE OF ILLINOIS     )
                      ) ss:
COUNTY OF COOK        )

## AFFIDAVIT OF SERVICE

I, Laura Cahill, a non-attorney, state that I caused a true and correct copy of **Hamilton Sundstrand's foregoing Notice of Motion For Consolidation And Reassignment**, a copy of said document having been simultaneously served upon the parties, to be served via hand delivery, at or before 4:00 p.m. on the 10th day of June, 2008, upon the following counsel of record:

David J. Gubbins
221 N. LaSalle
Suite 2100
Chicago, IL 60601
Telephone: (773) 742-2236
Facsimile: (312) 236-3613

Donald Nolan, Esq.
Paul R. Borth, Esq.
Nolan Law Group
20 N. Clark Street, 30th Floor
Chicago, IL 60602
Telephone: (312) 630-4000
Facsimile: (312) 630-4011

I, Laura Cahill, a non-attorney, state that I caused a true and correct copy of **Hamilton Sundstrand's foregoing Notice of Motion For Consolidation And Reassignment**, a copy of said document having been simultaneously served upon the parties, to be served via the CM/ECF system, which will send notification of such filing to all parties listed as attorneys of record, at or before 4:00 p.m. on the 10th day of June, 2008, upon the following counsel of record:

Floyd A. Wisner, Esq.
Wisner Law Firm
934 S. 4th St.
St. Charles, IL 60174
Telephone: (630) 513-9434
Facsimile: (630) 513-0716

_____

SUBSCRIBED and SWORN to before me this 10th day of June, 2008.

_____
NOTARY PUBLIC

"OFFICIAL SEAL"
Diana M. Boyer
Notary Public, State of Illinois
My Commission Exp. 11/09/2008

772249.1.14158.26934                                             2