## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Ella Madanella Dwi Mustika, et al.
                             Plaintiff,

v.                                            Case No.: 1:08−cv−02178
                                              Honorable Ronald A. Guzman

Honeywell, International
                             Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Thursday, June 12, 2008:

    MINUTE entry before the Honorable Ronald A. Guzman:Motion hearing held on 6/12/2008 regarding motion by Hamilton Sundstrand Corporation to consolidate cases and for reassignment [11]. Reply briefs due on or before 7/3/08. Ruling to be by mail. Parties to answer or otherwise plead on or before 7/3/08. Mailed notice(cjg, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.