IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ELLA MANDELA DWI MUSTIKA, Special Administrator of the Estate of Achmad Chotib Syamsur, deceased, et al. | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 08 C 2178 |
| -v- | ) ) | |
| HONEYWELL, INTERNATIONAL, a corporation, | ) ) ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

TO:   Attorneys on the attached service list

    PLEASE TAKE NOTICE that on **July 16, 2008, at 9:30 a.m.**, or as soon thereafter as counsel may be heard, counsel for Hamilton Sundstrand will appear before **The Honorable Judge Ronald Guzman, in Courtroom 1219**, of the **U.S. District Court, For the Northern District of Illinois, Eastern Division, 219 South Dearborn, Chicago, Illinois**, and then and there present **Honeywell International's Motion To Strike And Dismiss The Complaint**, a copy of which is attached hereto and hereby served upon you.

                                                  /s/ William F. DeYoung
                                                  Attorney for Defendants
                                                  HONEYWELL INTERNATIONAL INC.

WILLIAM F. DEYOUNG
LORETTO M. KENNEDY
MARK A. STANG
KENDALL E. WOODS
CHUHAK & TECSON, P.C.
30 S. Wacker Drive, 26th Floor
Chicago, IL 60606
312/444-9300

| | |
|---|---|
| STATE OF ILLINOIS | ) |
| | ) ss: |
| COUNTY OF COOK | ) |

## AFFIDAVIT OF SERVICE

I, Kendall E. Woods, state that I caused a true and correct copy of **Honeywell International's Notice of Motion To Strike And Dismiss The Complaint,** a copy of said motion having been simultaneously served upon the parties, to be served via the CM/ECF system, which will send notification of such filing to all parties listed as attorneys of record, at or before 5:00 p.m. on the 3rd day of July, 2008, upon the following counsel of record:

Floyd A. Wisner, Esq.
Wisner Law Firm
934 S. 4th St.
St. Charles, IL 60174
Telephone: (630) 513-9434
Facsimile: (630) 513-0716

/s/ Kendall E. Woods