UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Ella Madanella Dwi Mustika, et al.
                              Plaintiff,

v.                                            Case No.: 1:08−cv−02178
                                                     Honorable Ronald A. Guzman

Honeywell, International
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 15, 2008:

       MINUTE entry before the Honorable Ronald A. Guzman:Set deadlines motion by Defendant Honeywell, International to dismiss, MOTION by Defendant Honeywell, International to strike complaint 1[16] : Response due by 8/5/2008. Reply due by 8/19/2008. Ruling to be by mail. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.