## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

Ella Madanella Dwi Mustika, et al.,

     Plaintiffs

    v.

Honeywell International,

     Defendant

No. 08 CV 02178

Honorable Judge Ronald A. Guzman

## NOTICE OF MOTION

To: *All Counsel of Record*

PLEASE TAKE NOTICE that on  Tuesday, July 29, 2008 at  9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Ronald A. Guzman or any Judge sitting in his stead in Courtroom 1219 of the Everett McKinley Dirksen United State Courthouse, 219 South Dearborn, Chicago, Illinois, and shall there and then present the attached ***Sumiati Plaintiffs' motion for Stay of Ruling on Hamilton Sundstrand's Motion for Consolidation,*** a copy of which is attached hereto and hereby served upon you.

By :   s/Paul Borth

**Nolan Law Group**
20 North Clark 30th Floor
Chicago IL, 60602
(312) 630.4000
(312) 630.4011 fax
Firm No. 36211

## CERTIFICATE OF MAILING

I, Corinne A. Brayman, state that I caused a true and correct copy of ***Sumiati Plaintiffs' motion for Stay of Ruling on Hamilton Sundstrand's Motion for Consolidation,*** a copy of said motion having been simultaneously served upon the parties, to be served via CM/ECF system, which will send notification of such filing to all parties listed as attorneys of record, at or before 5:00 p.m. on the 22nd day of July, 2008, upon the counsel of record.

     s/Corinne Brayman
       Corinne A. Brayman