UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Ella Madanella Dwi Mustika, et al.
　　　　　　　　　　　　　　　Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　Case No.: 1:08−cv−02178
　　　　　　　　　　　　　　　　　　　　　Honorable Ronald A. Guzman

Honeywell, International
　　　　　　　　　　　　　　　Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, July 28, 2008:

　　　MINUTE entry before the Honorable Ronald A. Guzman:Motion to stay Ruling on Hamilton Sundstrand's Motion for Consolidation [20] is denied without prejudice to refiling when and if parties secure firm ruling date or agreement to expedite ruling from Judge Hibbler. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.