IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ELLA MANDELA DWI MUSTIKA, Special Administrator of the Estate of Achmad Chotib Syamsur, deceased, et al.<br><br>                Plaintiffs,<br><br>  -v-<br><br>HONEYWELL, INTERNATIONAL, a corporation,<br><br>                Defendant. | Case No. 08 C 2178 |

## NOTICE OF MOTION

TO:   Attorneys on the attached service list

    PLEASE TAKE NOTICE that on **August 7, 2008, at 9:30 a.m.**, or as soon thereafter as counsel may be heard, counsel for Honeywell International Inc. will appear before **The Honorable Judge Ronald Guzman, in Courtroom 1219**, of the **U.S. District Court, For the Northern District of Illinois, Eastern Division, 219 South Dearborn, Chicago, Illinois**, and then and there present **Honeywell International's Motion For A Protective Order Regarding Discovery**, a copy of which is attached hereto and hereby served upon you.

                                   /s/ William F. DeYoung
                                   Attorney for Defendant
                                   HONEYWELL INTERNATIONAL INC.

WILLIAM F. DEYOUNG
LORETTO M. KENNEDY
MARK A. STANG
KENDALL E. WOODS
CHUHAK & TECSON, P.C.
30 S. Wacker Drive, 26th Floor
Chicago, IL 60606
312/444-9300

STATE OF ILLINOIS        )
                         ) ss:
COUNTY OF COOK           )

## AFFIDAVIT OF SERVICE

I, Kendall E. Woods, state that I caused a true and correct copy of **Honeywell International's Notice of Motion For A Protective Order Regarding Discovery**, a copy of said motion having been simultaneously served upon the parties, to be served via the CM/ECF system, which will send notification of such filing to all parties listed as attorneys of record, at or before 4:00 p.m. on the 5th day of August, 2008, upon the following counsel of record:

Floyd A. Wisner, Esq.
Wisner Law Firm
934 S. 4th St.
St. Charles, IL 60174
Telephone: (630) 513-9434
Facsimile: (630) 513-0716

/s/ Kendall E. Woods