IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Ella Madanella Dwi Mustika, et al.,

    Plaintiffs

v.                                            No. 08 CV 02178

Honeywell International,                   Honorable Judge Ronald A. Guzman

    Defendant

## NOTICE OF MOTION

To:    *All Counsel of Record*

    PLEASE TAKE NOTICE that on Thursday, August 14, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Ronald A. Guzman or any Judge sitting in his stead in Courtroom 1219 of the Everett McKinley Dirksen United State Courthouse, 219 South Dearborn, Chicago, Illinois, and shall there and then present the attached *Renewed "Sumiati Plaintiffs'" Motion for Stay of Ruling on Hamilton Sundstrand's Motion for Consolidation,* a copy of which is attached hereto and hereby served upon you.

                                                   By :   s/Paul Borth

**Nolan Law Group**
20 North Clark 30th Floor
Chicago IL, 60602
(312) 630.4000
(312) 630.4011 fax

## CERTIFICATE OF SERVICE

    I, Corinne A. Brayman, state that I caused a true and correct copy of *Renewed "Sumiati Plaintiffs'" Motion for Stay of Ruling on Hamilton Sundstrand's Motion for Consolidation,* a copy of said motion having been simultaneously served upon the parties, to be served via CM/ECF system, which will send notification of such filing to all parties listed as attorneys of record, at or before 5:00 p.m. on the 6th day of August, 2008, upon the counsel of record.

                                                 s/Corinne Brayman
                                                 Corinne A. Brayman