**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Ella Madanella Dwi Mustika, et al.
                              Plaintiff,

v.                                         Case No.: 1:08−cv−02178
                                           Honorable Ronald A. Guzman

Honeywell, International
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, August 7, 2008:

   MINUTE entry before the Honorable Ronald A. Guzman:Motion hearing held on
8/7/2008. Motion by Defendant for protective order [25] is granted. Motion for stay of
ruling on Hamilton Sundstrand's motion for Consolidation [28] is denied.Mailed
notice(cjg, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.