# United States District Court
## Northern District of Illinois
### Eastern Division

MUSTIKA

**JUDGMENT IN A CIVIL CASE**

v.

Case Number: 08 C 2178

HONEYWELL INTERNATIONAL

☐     Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury rendered its verdict.

■     Decision by Court.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that the Court dismisses this suit for lack of subject matter jurisdiction and strikes as moot plaintiffs' motion to reassign and consolidate [doc. no. 11] and defendant's motion to dismiss[doc. no. 16].  This case is terminated.

Michael W. Dobbins, Clerk of Court

Date: 9/2/2008

_____
/s/ Carole Gainer, Deputy Clerk